**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 MAR 19 ₽ 3: 31

Karina E. James

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Iselin Adult Medical Day Care
Dr. Sunil Patel, Amit Vajawala,
& Nimish Patel

_(Write the full name of each defendant who is being sued. If
the names of all the defendants cannot fit in the space above,
please write "see attached" in the space and attach an
additional page with the full list of names.)_

**Complaint for Employment
Discrimination**

Case No. _____

_(to be filled in by the Clerk's Office)_

Jury Trial:  ☒ Yes  ☒ No
_(check one)_

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                Karina E. James

Street Address      5 Suin CT Apt. A1

City and County     West Orange, NJ Essex County

State and Zip Code  NJ, 07052

Telephone Number    973-610-2155

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                Dr. Snil Patel

Job or Title        Owner of Iselin Adult medical Day care
(if known)

Street Address      477 state Hw 27

City and County     Iselin, middlesex county

State and Zip Code  New Jersey 08830

Telephone Number    732-283-1373

E-mail Address
(if known)

Defendant No. 2

Name                Nimish Patel

Job or Title        co-owner of Iselin Adult Day care
(if known)

Street Address      "same as above"

City and County

3

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 3

Vajawala

Name  ~~Amit Vajala~~

Job or Title
(if known)  CO-Owner of Iselin Adult Day care

Street Address  "same as above"

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name  N/A

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s)
is:

Name  Iselin Adult Day care

Street Address  477 State Hwy 77

City and County  Iselin, Middlesex canty

State and Zip Code  New Jersey 08830

Telephone Number  732-283-1373

4

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:



☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*: Genetic Information Non-Discrimination Act & Equal Pay Act

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

5

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☐ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☒ Unequal terms and conditions of my employment.

☒ Retaliation.

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

January 12, 2018 through March 25, 2018.

C.   I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☒ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race They allowed clients to make racial comments, & refuse my care b/c I'm black.

☒ color They were aware that my co-workers & coworkers asked questions regarding my skin color & hair texture inappropriately & allowed it.

☒ gender/sex They den said women are to be quiet & I should speak softly.

☒ religion I was made to eat in a separate room

☒ national origin They insisted I say I was part Indian if clients would complain

☒ age. My year of birth is 1988____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐ disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

From the day I started at IADC I was treated differently & tried to assimilate to a social culture that was extremely degrading to women, black people, & darker tined individuals. The owners never pay paid me the salary promised. I was denied a W2 form & told secretary was going to handle it. Upon starting I was unaware of dietery restrictions & tried to eat in a small corner alone in a separate room.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

1/12/18 - 3/25/18  (all through employment)

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*

January 30, 2019

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☒    less than 60 days have elapsed.

7

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages for the mental health care I received, &
continue to receive. #100,000.00 , Mileage on
my car ~~& damages set~~ $ toll reimbursment. #1,200.00
Late fees on my rent & credit card payments
due to not being paid what I expected. $2,500.00
for any future taxes I may owe past NJ State Dept of
Labor reimbursment w/o taxes held. $5,000.00

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 19, 20 19

Signature of Plaintiff _____

Printed Name of Plaintiff    Kanna E James

8