# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **KARINA E. JAMES,**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**DR. SUNIL PATEL, NIMISH PATEL, AMIT VAJAWALA, and ISELIN ADULT MEDICAL DAY CARE,**<br><br>     **Defendants.** | Civ. No. 19- 08757 (KM)(JBC)<br><br>**ORDER** |

**KEVIN MCNULTY, U.S.D.J.:**

This matter comes before the Court on the motion (DE 25) of Plaintiff Karina E. James for an amended default judgment.

**IT APPEARING** that James, proceeding *pro se*, initiated this action against Dr. Sunil Patel, Nimish Patel, Amit Vajawala, and Iselin Adult Medical Day Care, asserting federal employment discrimination claims (DE 1); and

**IT FURTHER APPEARING** that on October 19, 2020, the Court, upon James's motion, entered an order of default judgment totaling $110,000 (DE 11, 17, 18); and

**IT FURTHER APPEARING** that on March 17, 2021, James moved for an amended default judgment ordering that defendants Dr. Sunil Patel, Nimish Patel, and Amit Vajawala each pay James $110,000, totaling $330,000 (DE 25); and

**IT FURTHER APPEARING** that a district court, on a motion for default judgment, need not accept a plaintiff's allegations of damages, rather a plaintiff must prove damages, *United States v. $240,431 in U.S. Currency*, Civ. No. 19-12834, 2020 WL 1182909, at *3 (D.N.J. Mar. 11, 2020); and

**IT FURTHER APPEARING** that the damages sought in the complaint and motion for default judgment only totaled $110,000 (DE 1 at 8; DE 11 at 1; DE 17 at 1), so the pleadings and motion do not provide notice that $330,000 is sought; and

**IT FURTHER APPEARING** that the damages sought, stemming from James' employment with Defendants, are not of a nature that they would be owed duplicatively by each defendant (*see* DE 1 at 8);

**IT IS THEREFORE** this 10th day of June, 2021,

**ORDERED** that Plaintiff's motion for an amended default judgment (DE 25) is **DENIED**. The clerk shall close the file.

/s/ Kevin Mcnulty

_____

**Kevin McNulty**
**United States District Judge**

2